# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:21-cr-00321 |
| vs. | : | JUDGE BOASBERG |
| CALEB JONES, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Samuel H. Shamansky respectfully requests that the Court enter his appearance as counsel for Defendant, Caleb Jones, in the above-captioned case.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Office
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of such filing to Brittany LaShaune Reed, United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, Louisiana, 70130 on May 3, 2021.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY